B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Indiana

In re    Tin T. Vo,
         Lynn T. Vo

Debtors

Case No. __09-25593jpk__

Chapter __7__

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 265,000.00 | | |
| B - Personal Property | Yes | 4 | 5,138.48 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 452,500.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 8,277.21 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 827,581.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,002.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,488.00 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| | | Total Assets | 270,138.48 | | |
| | | | Total Liabilities | 1,288,358.49 | |

## United States Bankruptcy Court
### Northern District of Indiana

In re    Tin T. Vo,    Lynn T. Vo

Debtors

Case No. __09-25593jpk__

Chapter __7__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 8,277.21 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 8,277.21 |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | 3,002.00 |
| Average Expenses (from Schedule J, Line 18) | 4,488.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 300.00 |

**State the following:**

| | |
| --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | 187,500.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 8,277.21 |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | 0.00 |
| 4. Total from Schedule F | 827,581.28 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | 1,015,081.28 |

B6B (Official Form 6B) (12/07)

In re  **Tin T. Vo,**
     **Lynn T. Vo**

Case No. __**09-25593jpk**__

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Centier Acct# xxxxx0110 Checking acct** | J | 1,355.48 |
| | | | **Chase Business Checking Account #xxxxxxxxxxx1282 for Aqua Spa LLC** | J | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Various Wicks and other Furnishings, Dining Room set, Living Room Set, Breakfast Table, Family Room Set, 2 Bed sets, Pool Table, Immitation Prints, Stove, Refrigerator, TV, Sofa, Bed** | J | 3,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothing** | J | 200.00 |
| 7. | Furs and jewelry. | | **Misc. Jewelry and watches** | J | 250.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **United Farm Family Term Life Insurance death benefit $100,000.00** | W | **Unknown** |
| | | | **Western Reserve University Term Life Insurance** | W | **Unknown** |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                                                                           Sub-Total >    **4,805.48**
                                                                                                           (Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Tin T. Vo,**
       **Lynn T. Vo**
                                                                    Debtors,

Case No. __**09-25593jpk**__

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Sand Castle Construction LLC,** | J | 0.00 |
| | | **Vintage Original Homes, LLC, 1811 Woodmere Drive, Valparaiso, IN  46383** | H | 0.00 |
| | | **Aqua Spa, LLC, 1811 Woodmere Drive, Valparaiso, IN  46383** | H | 0.00 |
| | | **Chop Stix, Inc., 2505 LaPorte Ave., Ste 115, Valparaiso, IN** | H | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Tin T. Vo,**
       **Lynn T. Vo**
                                                                                    Case No.  **09-25593jpk**
                                                          ,
                                              Debtors
                      **SCHEDULE B - PERSONAL PROPERTY - AMENDED**
                                       (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **2009 tax refund subject to back taxes unknown amount (with Earned Income Credit)** | J | 333.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

                                                                        Sub-Total >            **333.00**
                                                                   (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re **Tin T. Vo,**
**Lynn T. Vo**
Debtors

Case No. **09-25593jpk**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 5,138.48 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re  Tin T. Vo,
       Lynn T. Vo

Case No. __09-25593jpk__

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 1811 Woodmere Drive, Valparaiso, IN 46383; 3 bedrooms, basement, attach 3 car garage | Ind. Code § 34-55-10-2(c)(1) | 15,000.00 | 265,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Centier Acct# xxxxx0110 Checking acct | Ind. Code § 34-55-10-2(c)(3) | 600.00 | 1,355.48 |
| **Household Goods and Furnishings** | | | |
| Various Wicks and other Furnishings, Dining Room set, Living Room Set, Breakfast Table, Family Room Set, 2 Bed sets, Pool Table, Immitation Prints, Stove, Refrigerator, TV, Sofa, Bed | Ind. Code § 34-55-10-2(c)(2) | ALL | 3,000.00 |
| **Wearing Apparel** | | | |
| Clothing | Ind. Code § 34-55-10-2(c)(2) | ALL | 200.00 |
| **Furs and Jewelry** | | | |
| Misc. Jewelry and watches | Ind. Code § 34-55-10-2(c)(2) | ALL | 250.00 |
| **Interests in Insurance Policies** | | | |
| United Farm Family Term Life Insurance death benefit $100,000.00 | Ind. Code §§ 27-1-12-14, 27-2-5-1(c) | ALL | Unknown |
| Western Reserve University Term Life Insurance | Ind. Code §§ 27-1-12-14, 27-2-5-1(c) | ALL | Unknown |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| 2009 tax refund subject to back taxes unknown amount (with Earned Income Credit) | Ind. Code § 34-55-10-2(c)(10) | 430.00 | 333.00 |

|   | Total: | 19,480.00 | 270,138.48 |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

In The Matter of:           )
                            )
TIN T. VO                   ) CASE NO. 09-25593-jpk
LYNN T. VO                  ) CHAPTER 7
                            )
    DEBTOR(S)               )

### AMENDED PLEADING VERIFICATION BY DEBTOR

The above named debtor(s) hereby verify under penalty of perjury that the attached Amended Schedules B and C or Other pleading is true, correct and accurate to the best of the knowledge and belief of the debtor(s), to wit: Bank accounts, tax refund and exemptions.

Date: 3/15/2010

_____
Tin T. Vo, Debtor

_____
Lynn T. Vo, Debtor