## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| In The Matter of: | ) |
| | ) |
| TIN T. VO | ) CASE NO. 09-25593-jpk |
| LYNN T. VO | ) CHAPTER 7 |
| | ) |
| DEBTOR(S) | ) |

**NOTICE OF AMENDMENT**

On April 9, 2010, Debtor by counsel, Alan D. Naggatz, filed an Amended Schedule B and C along with Summary of Schedules. A copy of the Amended Schedules is available from the undersigned or Clerk of the Court.

**AMENDMENT INFORMATION**

The Summary of Schedules and Schedules B and C filed in the above- referenced Debtor's original Petition for Bankruptcy are hereby amended.

**PURPOSE / REASON FOR AMENDMENT**

The above documents have been amended to include the Debtors' checking account balance in the amount of $1,355.48 with an exemption amount of $600.00; Debtors joint 2009 federal/IRS tax refund in the amount of $333.00 with exemption; and, Earned Income Credit of $460.00.

Respectfully submitted,

/s/ Alan D. Naggatz
Alan D. Naggatz #17479-64
Law Office of Alan D. Naggatz
175 W. Lincolnway, Suite I
Valparaiso, Indiana 46383
(219) 476-7222

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the Notice of Amended Schedules B and C was mailed, postage prepaid or via electronic filing transmission, on the April 9, 2010, to each party affected or attorney of record herein listed below.

U.S. Trustee: 555 One Michiana Square, 5th Floor, 100 E. Wayne St., South Bend, IN 46601-electronic
Stacia L. Yoon, 8585 Broadway, Suite 480, Merrillville, IN 46410-electronic

                                                      BY: /s/ Alan D. Naggatz